AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### COLUMBIA DIVISION

Jerry Whitley, as Personal
Representative of the Estate
of Carol Whitley,

    Plaintiff,

vs.

Carolina Care Plan, Inc.,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 3:06-257-CMC

**[X]Decision on the Record.** This action came before the Court, the Honorable Cameron McGowan Currie, United States District Judge, presiding. The Court having directed entry of judgment by Orders entered December 28, 2006 and February 23, 2007,

    **IT IS ORDERED AND ADJUDGED** that the Plaintiff, Jerry Whitley, as Personal Representative of the Estate of Carol Whitley, recover of the Defendant, Carolina Care Plan, Inc., the sum of Three Hundred Sixty-Nine Thousand, Seven Hundred Seventy-Five and 75/100 ($369,775.75) Dollars for improperly denied benefits.

                                   LARRY W. PROPES, Clerk

                                   By s/Gwendolyn Pearson

                                   Deputy Clerk

February 23, 2007