UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
July 16, 2007

No. 07-1254
3:06-cv-00257-CMC

JERRY WHITLEY, as Personal Representative of the Estate of Carol Whitley

  Plaintiff - Appellee

v.

CAROLINA CARE PLAN INCORPORATED

  Defendant - Appellant

O R D E R

  Appellant has filed a consent motion to dismiss.

  The Court dismisses this appeal, upon such terms as have been agreed to by the parties, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure. The Clerk of this Court will issue a certified copy of this order to the Clerk of the District Court as and for the mandate.

For the Court - By Direction

/s/ Patricia S. Connor

CLERK

A True Copy, Teste:
Patricia S. Connor, Clerk
BY /s/ Diane Burke
Deputy Clerk

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
July 16, 2007

No. 07-1254
3:06-cv-00257-CMC

JERRY WHITLEY, as Personal Representative of the Estate of Carol Whitley

       Plaintiff - Appellee

v.

CAROLINA CARE PLAN INCORPORATED

       Defendant - Appellant

---

M A N D A T E

---

This Court's order of dismissal pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure takes effect this date.

A certified copy of the dismissal order is issued herewith and constitutes the mandate of this Court.

/s/ Patricia S. Connor
---
CLERK

A True Copy, Teste:
Patricia S. Connor, Clerk
BY /s/ Diane Burke
Deputy Clerk